**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| In re: | |
|---|---|
| Darlene R. Lee, | Chapter 7<br>Case No. 20-10284 |
| Debtor | |

### ORDER DENYING TRUSTEE'S APPLICATION TO COMPROMISE

The chapter 7 trustee seeks authority to compromise a controversy and asks the Court to approve the settlement of a foreclosure action in which the chapter 7 debtor is one of two named plaintiffs. *See* [Dkt. No. 19]. After considering the trustee's application, the attached settlement agreement and mortgage loan modification agreement, and the trustee's remarks at a hearing conducted on October 13, 2022, the Court hereby DENIES the application without prejudice.

Based on the limited record presented, it is not clear whether the terms of the proposed settlement are in the best interests of the estate. Particularly troubling are: (a) the terms for repayment under the mortgage loan modification agreement of monthly payments for seven years at no interest and (b) the provision that the trustee and co-plaintiff Ardie Lee may, in their sole discretion, agree to accept a lesser amount than that owed in consideration of full payment.

Date: October 21, 2022

Michael A. Fagone
United States Bankruptcy Judge
District of Maine